IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO.  3:24-cr-115-HTW-LGI

JEFFREY WALKER

## MOTION TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this case.

Date: December 18, 2024

                                              Respectfully submitted,

                                              TODD W. GEE
                                              United States Attorney

By:   *s/Glenda R. Haynes*
        Glenda R. Haynes
        Assistant United States Attorney
        BAR #2132
        501 E. Court Street, Suite 4.430
        Jackson, Mississippi 39201
        (601)965-4480
        glenda.haynes@usdoj.gov