IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 10 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.:   3:24-cr-115-HTW-LGI

JEFFERY WALKER

### ORDER AMENDING CRIMINAL INDICTMENT

THIS CAUSE having come on before the Court on motion of the Government (Docket #18) to amend the criminal indictment to correct a typographical error by changing the spelling of the Defendant's first name, specifically "JEFFREY" to 'JEFFERY" throughout the said indictment. The Court being fully advised in the premises, finds that said motion is well-taken and the same should be and hereby is granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that the criminal indictment in this cause is hereby amended to reflect the spelling of the defendant's name throughout the criminal indictment as "JEFFERY" Walker.

SO ORDERED AND ADJUDGED this the 10th day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE