IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:24-cr-115-HTW-LGI

JEFFERY WALKER

**ORDER GRANTING UNITED STATES' ORE TENUS MOTION FOR RECONSIDERATION AND SETTING SENTENCING FOR AUGUST 31, 2026**

On August 10, 2026, the Court held a status conference in the above-captioned matter. The United States was represented by Assistant United States Attorney Glenda Haynes and Trial Attorney Taylor Payne. The Defendant was present in person and represented by Attorney Arthur Calderon.

The Court previously held an initial sentencing hearing on May 27, 2026. The Court continued sentencing to August 10, 2026, to obtain and review the defendant's full law enforcement employment record and official military personnel file (OMPF). The Court has now received these records.

Also during the initial sentencing hearing on May 27, 2026, the Court directed the United States to secure the appearance of several witnesses for the continued sentencing hearing—specifically, the other law enforcement officers on scene during the offense and those involved in the victim's booking process. At the request of the United States, the continued sentencing hearing set for August 10, 2026, was converted to a status conference. During the status conference, the United States motioned the Court to reconsider its directive that the United States secure the appearance of the law enforcement officers on scene and those involved in the victim's booking process. The United States asked the Court to proceed to sentencing without

requiring the appearance of these witnesses. The defendant and the United States Probation Office deferred to the Court with respect to the United States' motion.

Having considered the United States' arguments, the Court GRANTS the United States' Ore Tenus Motion for Reconsideration. Given the Court's receipt of the defendant's law enforcement and military service records, the Court is satisfied that it has the information necessary to evaluate the factors set forth in 18 U.S.C. § 3553(a) and impose sentence. Accordingly, the United States need not secure the appearance of the aforementioned witnesses.

Sentencing in this matter shall proceed on August 31, 2026, at 1:30 P.M. in Courtroom 6A.

SO ORDERED this the 31st day of August 2026.

**/s/HENRY T. WINGATE**
**HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT**